GOJO INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

BUCKEYE INTERNATIONAL,
INC., Defendant–Appellee.

No. 2011–1550.

United States Court of Appeals,
Federal Circuit.

March 9, 2012.

Ray L. Weber, Renner, Kenner, Greive, Bobak, Taylor & Weber, of Akron, OH, argued for Plaintiff-appellant. With him on the brief was Laura J. Gentilcore.

Jennifer E. Hoekel, Armstrong Teasdale, LLP, of St. Louis, MO, argued for defendant-appellee. With her on the brief was Richard L. Brophy.

PROST, REYNA, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**